**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)**

| | |
|---|---|
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, t/u/o and a/s/o HABIB DJENIAH,<br><br>  Plaintiffs,<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.:  12-CV-2421-PWG<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their undersigned counsel, agree and stipulate that all claims in the above matter shall be dismissed with prejudice.

|  /s/ |  /s/ |
|---|---|
| Jamie S. Bonenberger (30013) | Timothy L. Mullin, Jr. (00082) |
| Law Offices of Joseph Jagielski | Brian W. Casto (28010) |
| 7 St. Paul St. | Miles & Stockbridge P.C. |
| Suite 1250 | 100 Light Street |
| Baltimore, MD 21202 | Baltimore, MD 21202 |
| 443-353-2307 | 410-727-6464 |
| jsbonenberger@travelers.com | bcasto@milesstockbridge.com |

*Attorneys for Plaintiff*          *Attorneys for Defendant*